UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-20723-CIV-GOODMAN

**[CONSENT CASE]**

BONNIE COOK,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD, a Liberian
Corporation,

    Defendant.

_____

## ORDER ON PLAINTIFF'S MOTION TO COMPEL

This cause is before the Court on Plaintiff's Motion to Compel Discovery. [ECF No. 20]. The Court held a hearing on the motion on December 7, 2011. [ECF No. 26]. For the reasons provided on the record during the hearing, the Court rules as follows on Plaintiff's motion:[1]

**I.  REQUESTS FOR ADMISSION**

    **a.  Number 20**

As per Defendant's agreement, the motion to compel is granted as to request for admission number 20.

    **b.  Number 22**

The motion to compel is granted as to request for admission number 22.

---

[1] The following rulings are for discovery purposes only. The Court does not rule that the responses to the requested discovery are admissible or may be used for any other purpose in this case (e.g., summary judgment evidence or evidence at trial) and the Defendant has not waived the right to contest such use.

Case No. 11-20723-CIV-GOODMAN

[CONSENT CASE]

### c. Numbers 24-27, 30, and 36

The parties stated on the record that all of these requests for admission relate to the American with Disabilities Act and therefore the Court considered these requests as a group. For the reasons stated on the record, the motion to compel is granted as to these requests for admission.

### d. Number 31

As per Defendant's agreement, the motion to compel is granted as to request for admission number 31.

### e. Number 35

As per Defendant's agreement, the motion to compel is granted as to request for admission number 35.

### f. Number 37

The motion to compel is granted as to request for admission number 37.

### g. Number 38

The motion to compel is granted as to request for admission number 38.

## II. INTERROGATORIES

### a. Number 8

The motion to compel is granted as to interrogatory number 8.

### b. Numbers 11 and 12

The Court considered these two interrogatories as a group because the parties agreed the interrogatories were related. The motion to compel is granted as to interrogatory numbers 11 and 12.

Case No. 11-20723-CIV-GOODMAN

[CONSENT CASE]

    c.   **Number 14**

The motion to compel is denied as to interrogatory number 14 because it is too ambiguous as phrased.

Defendant must serve the required supplemental responses within twenty (20) days, although, the Court encourages Defendant to serve supplemental responses sooner if the responses are, in fact, completed sooner.

The Court finds that both parties' positions on all disputed discovery requests were substantially justified and not frivolous and therefore does not award costs pursuant to Federal Rule of Civil Procedure 37.

**DONE and ORDERED**, in Chambers, in Miami, Florida, this 7th day of December, 2011.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**

All counsel of record